# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 250758 |
| Trans | 160888 |

Received From:   **AGARD & KAIAMA, LLC**

Case Number:

Reference Number:   **CV 10-121DAE**

|  |  |
|---|---|
| Check | 377.00 |
| Total | 377.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV FILING FEE | 086900 | 1 | 60.00 |
| CV FILING FEE | 510000 | 1 | 190.00 |
| CV FILING FEE | 086400 | 1 | 100.00 |
| CERTIFICATION | 322360 | 3 | 15.00 |
| CERTIFICATION | 510000 | 3 | 12.00 |
| | | **Total** | **377.00** |
| | | Tend | 377.00 |
| | | Due | 0.00 |

03/05/2010 01:43:47 PM          Deputy Clerk: lg/LG